SHORT RECORD
NO. 25-2048
FILED 06/20/2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>*Defendants,* | Case No.: 24-cv-04260<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF APPEAL

NOTICE is hereby given that Defendant Lightzey appeals to the United States Court of Appeals for the Seventh Circuit from Order entered on May 28, 2025 (Dkt. 89) by the Honorable Jorge L. Alonso, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

DATED: June 19, 2025

By:   */s/ J. Benjamin Bai*

Benjamin Bai
King & Wood Mallesons LLP
500 Fifth Avenue, 50th Floor
New York NY  10110
212 319 4755 (phone)
917 591 8167 (fax)
benjamin.bai@cn.kwm.com

*Attorney for Defendant Lightzey*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 19, 2025, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ J. Benjamin Bai*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LOUIS POULSEN A/S,

*Plaintiff*,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

*Defendants*,

Case No.: 24-cv-04260

Judge Jorge L. Alonso

Appeal No. 25-_____

## APPELLATE DOCKETING STATEMENT

Defendant Lightzey ("Lightzey")—Defendant 425 in the above-styled Schedule A action and now Appellant—submits this Docketing Statement to its Appeal filed on June 19, 2025, under Seventh Circuit Rules 3(c)(1) and 28(a).

**1. Statement Concerning District Court Jurisdiction**. This case involves trademark infringement and related claims. The district court exercised jurisdiction over the claims in this action pursuant to the provisions of the Lanham Trademark Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. The district court had supplemental jurisdiction over the claims in this action under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

**2. Statement Concerning Appellate Jurisdiction.** The Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1292(a)(1).

Defendant Lightzey appeals an order regarding Defendant's motion for attorney fees based on Defendant's claim that this action is an "exceptional" case under 15 U.S.C. § 1117(a) in which it is entitled to reasonable attorney fees. On May 28, 2025, the district court entered an Order (Dkt. 89) denying Defendant's motion for attorney fees. Lightzey timely appeals the order on June 19, 2025. See Fed. R. App. P. 4(a)(1)(A).

This case is not a direct appeal from a magistrate judge decision (Cir. Rule 28(a)(2)(v)).

There is no ongoing litigation between Plaintiff and Defendant in the district court.

**3. Prior or Related Appellate Proceedings**. There are no prior appellate proceedings in this matter.

DATED: June 19, 2025        By:    _/s/ J. Benjamin Bai_

Benjamin Bai
King & Wood Mallesons LLP
500 Fifth Avenue, 50th Floor
New York NY  10110
212 319 4755 (phone)
917 591 8167 (fax)
benjamin.bai@cn.kwm.com

*Attorney for Defendant*
*Lightzey*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a copy of the foregoing was served on counsel of record by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ J. Benjamin Bai*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Louis Poulsen A/S, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 24 C 4260 |
| **v.** | ) | |
| | ) | Judge Jorge Alonso |
| The Partnerships and Unincorporated | ) | |
| Associations Identified in Schedule A, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Defendant Lightzey's motion for attorney fees [68] is denied. This case remains closed.

## STATEMENT

Defendant Lightzey claims that this is an "exceptional" case, *see* 15 U.S.C. § 1117(a), in which it is entitled to its reasonable attorney fees because Plaintiff, Louis Poulsen A/S, asserted counterfeiting claims under the Lanham Act, *see* 15 U.S.C. § 1125, without any good-faith basis for asserting personal jurisdiction. For the following reasons, the Court denies the motion.

### I.   Background

This is a "Schedule A" case in which Plaintiff sued 436 defendants, including Lightzey, for violating Plaintiff's trademark rights by selling infringing light fixtures online via third-party platforms or their own websites. As is typical in Schedule A cases, Plaintiff promptly moved *ex parte* for a temporary restraining order ("TRO") freezing any online accounts that the defendants used to conduct business, including Lightzey's PayPal account. The Court granted the motion and entered a sealed TRO on May 28, 2024.

Lightzey contacted Plaintiff to ask for a copy of the sealed court documents and any evidence supporting Plaintiff's claims. Plaintiff provided two screenshots showing an infringing product in an online shopping cart on Lightzey's website, but the screenshots did not show that the purchase of that product had been completed. These two screenshots were accompanied by a third, which showed that Lightzey had confirmed an online order for purchase and shipment to Illinois, but this order was for a non-infringing product, a candle holder, not the infringing light fixture shown in the other two screenshots. Lightzey examined its sales records and determined that it had made no sales of any infringing product in Illinois or indeed anywhere else in the United States.

For reasons that are not clear to the Court, Lightzey's PayPal account remained frozen even

after the expiration of the TRO, although no preliminary injunction against Lightzey ever issued. In late July 2024, Lightzey informed Plaintiff that the screenshot evidence Plaintiff had provided did not demonstrate that Lightzey had completed a sale of an infringing product to an Illinois purchaser, so there was "no jurisdiction" and "no factual basis for the TRO," and a "corrective action [was] in order." (Mot. for Attorney's Fees, Ex. 3, ECF No. 68-5 at 21.) In a follow-up email, Lightzey informed Plaintiff that its investigation of its sales records showed "no sale to the U.S. has ever been consummated." (*Id.* at 19.)

Plaintiff replied that the screenshot of the candle holder had been included by mistake; that screenshot was intended only for "internal use" to "confirm that products from [Lightzey's] website can be shipped to Illinois." (*Id.* at 12.) Plaintiff asked several times—first on August 4, 2024, then again on August 29, and finally on August 31—for screenshots of sales figures to confirm that Lightzey had made no U.S. sales of the infringing product. Lightzey provided the requested information on September 1, 2024. Plaintiff voluntarily dismissed Lightzey from the action the following day.

## II.  Discussion

15 U.S.C. § 1117(a) provides that, "in exceptional cases" brought under the Lanham Act, "[t]he court . . . may award reasonable attorney fees to the prevailing party." To determine whether a case is "exceptional" for purposes of this fee-shifting provision, courts are to "examine the totality of the circumstances and exercise their equitable discretion." *LHO Chicago River, LLC v. Perillo*, 942 F.3d 384, 388-89 (7th Cir. 2019) (cleaned up). Courts are to consider factors "including 'frivolousness, motivation, objective unreasonableness (both in the factual and legal components of the case) and the need in particular circumstances to advance considerations of compensation and deterrence.'" *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 n.6 (2014) (quoting *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 535 n.19 (1994)). The exceptional case "simply stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the unreasonable manner in which the case was litigated." *Octane*, 510 U.S. at 554.

Lightzey argues that this case is "exceptional" because Plaintiff filed it without evidence sufficient to prove personal jurisdiction over Lightzey. Judges in this district typically hold that they lack personal jurisdiction over an online merchant such as Lightzey who has not made any sales or shipments to purchasers in Illinois, unless the merchant has made other specific efforts to target or avail itself of the forum; it is not enough for its website to be accessible in the forum jurisdiction. *See Advanced Tactical Ordnance Sys., LLC v. Real Action Paintball, Inc.*, 751 F.3d 796, 802 (7th Cir. 2014) (citing *Walden v. Fiore*, 571 U.S. 277, 284-85 (2014)); *Shenzhen Aji Fashion Tech. Co. v. WhaleCo Inc.*, No. 23 CV 14043, 2024 WL 2845974, at *4 (N.D. Ill. June 5, 2024) (citing *NBA Props., Inc. v. HANWJH*, 46 F.4th 614, 624-25 (7th Cir. 2022)) ("[T]he mere fact that a defendant operates a website that can be accessed in a forum is generally insufficient to establish personal jurisdiction[, although] the sale of even a single infringing product to the forum can be sufficient."); *Vortex, Inc. v. Partnerships & Unincorporated Associations Identified on Schedule A*, No. 22 CV 4189, 2023 WL 7386059, at *4 (N.D. Ill. Nov. 8, 2023) ("[O]ffering to

sell products on interactive websites alone is not enough to support personal jurisdiction."); *see also Mehta v. Starwood Hotels & Resorts, LLC*, No. 21-CV-01591, 2024 WL 4346611, at *5 (N.D. Ill. Sept. 30, 2024) (no purposeful availment or direction of activity toward Illinois where "Defendants' online advertising," though viewed in Illinois, "did not target any state"). Lightzey argues that Plaintiff lacked any basis for asserting personal jurisdiction over Lightzey without evidence that Lightzey had made sales to Illinois purchasers, which makes its conduct in this case unreasonable enough to qualify as "exceptional" under 15 U.S.C. § 1117.

This argument has a certain appeal; after all, given that Schedule A plaintiffs ask courts for *ex parte* TROs that freeze assets before defendants even have a chance to object, it might seem fair to require them to make certain that jurisdiction is secure before bringing suit. But the Court is not aware of authority establishing that plaintiffs must be in possession of facts establishing personal jurisdiction to a certainty from the very outset of the case. *See Bilek v. Fed. Ins. Co.*, 8 F.4th 581, 592 (7th Cir. 2021). As a general matter, it is not "exceptional"—*i.e.*, an obviously erroneous or unreasonable departure from the typical practice—to bring suit in a particular forum even though jurisdiction may depend on facts that the plaintiff lacks because they are only possessed by the opposing party. *See, e.g., Deckers Outdoor Corp. v. Wolverine Grp. Pty Ltd*, No. 1:24-CV-3164, 2025 WL 1222471, at *3 (N.D. Ill. Apr. 28, 2025); *see also Zurich Am. Ins. Co. v. Tangiers Int'l LLC*, No. 18 C 2115, 2018 WL 3770085, at *2 (N.D. Ill. Aug. 9, 2018) (subject-matter jurisdiction). "If the plaintiffs' allegations establish a 'colorable' showing of personal jurisdiction, the Court has discretion to order limited discovery that would allow plaintiffs to uncover facts that might establish jurisdiction." *In re Testosterone Replacement Therapy Prods. Liab. Litig. Coordinated Pretrial Proc.*, 136 F. Supp. 3d 968, 973 (N.D. Ill. 2015) (quoting *Cent. States, Se. & Sw. Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 946 (7th Cir. 2000)). Courts may allow for the possibility that certain jurisdictional facts may be out of the plaintiff's reach at the time the suit is filed and permit the plaintiff to take jurisdictional discovery if necessary. *See Deckers*, 2025 WL 1222471, at *3. The Court is unwilling to hold that Schedule A cases should be treated differently, as a rule, where Schedule A plaintiffs lack access to accused infringers' sales data until they file suit and seek discovery. *See, e.g., Roadget Bus. Pte. Ltd. v. Individuals, Corps., Ltd. Liab. Companies, Partnerships, & Unincorporated Associations Identified on Schedule A Hereto*, No. 24 CV 607, 2024 WL 3338942, at *3-5 (N.D. Ill. July 9, 2024).

Of course, Schedule A plaintiffs can typically purchase an infringing product in the forum state to ensure jurisdiction, but it does not follow that they *must* do so in *all* cases. *See, e.g., BRABUS GmbH v. Individuals Identified on Schedule A Hereto*, No. 20-CV-03720, 2022 WL 7501046, at *3 (N.D. Ill. Oct. 13, 2022). In this case, Plaintiff knew that Lightzey (1) sells infringing products on its website and (2) ships products to Illinois. While that may not be enough to establish personal jurisdiction conclusively, the Court is not prepared to say that it was so little to go on that filing suit and seeking informal discovery of sales to Illinois before voluntarily dismissing the case amounted to unreasonable litigation conduct or reflected a frivolous litigation position. *See Roadget*, 2024 WL 3338942, at *3-5; *Jergenson v. Inhale Int'l Ltd.*, No. 22 CV 2040, 2023 WL 8935005, at *2 (N.D. Ill. Dec. 27, 2023), *aff'd*, No. 24-1177, 2024 WL 4430531 (7th Cir. Oct. 7, 2024); *Expeditee LLC v. Entities Listed on Exhibit 1*, No. 21 C 6440, 2022 WL

1556381, at *5-6 (N.D. Ill. May 17, 2022); *see also Hayes v. FM Broad. Station WETT*, 930 F. Supp. 2d 145, 153 (D.D.C. 2013) (declining to award attorney fees to defendant under § 1117(a) because the case was "a run-of-the-mill case, brought in an arguably—though not actually—appropriate jurisdiction," based on "an unsettled area of . . . personal jurisdiction law").

Lightzey argues that Plaintiff was slow to voluntarily dismiss, requiring Lightzey to incur unnecessarily tens of thousands of dollars in attorney fees in the approximately six-week period between the initial email contact between the parties and the voluntary dismissal. The Court does not agree that Plaintiff's litigation conduct was unreasonable. After a brief email exchange in which Plaintiff had to request sales data several times, Plaintiff finally received sales data indicating that Lightzey had made no U.S. sales, and then it promptly dismissed the suit. This is not a case in which the plaintiff unreasonably dragged the defendant through months of costly discovery for no reason. *Cf. Jergenson*, 2024 WL 4430531, at *4. If the case was costly to Lightzey, this appears to be primarily because its counsel billed for more work than was necessary and appropriate under the circumstances; indeed, the fees Lightzey claims to have incurred defending this suit are wildly excessive. The Court need not go through all the reasons why Lightzey's fee petition is unreasonable, but it would be remiss if it did not point out that, apparently, Lightzey could have nipped this matter in the bud by promptly providing the sales data Plaintiff first requested on August 4, 2024, which Lightzey did not provide for several more weeks. Instead, Lightzey spent almost 50 hours working on this case until it was ultimately resolved by way of a brief email exchange about a relatively simple issue of personal jurisdiction. Then, Lightzey's counsel spent nearly 80 hours working on the present motion for attorney fees. The Seventh Circuit has explained that "the hours claimed to have been expended on the fee request [should] bear a rational relation to the number of hours spent litigating the merits of the case," and it is "patently unreasonable . . . to expend the same number of hours, or almost as many, on . . . a fee petition as . . . on the merits." *Spegon v. Cath. Bishop of Chicago*, 175 F.3d 544, 554 (7th Cir. 1999). Lightzey spent approximately thirty more hours on the fee motion than on the merits, which is patently unreasonable.

Because there was at least a colorable basis for personal jurisdiction in the facts Plaintiff knew at the time it filed suit, this case is not the sort of "exceptional" case for which fee-shifting is appropriate. Plaintiff's conduct in this litigation was reasonable, and its legal positions were not frivolous. Defendant Lightzey's motion is therefore denied. This case remains closed.

**SO ORDERED.**                                    **ENTERED: May 28, 2025**

**JORGE L. ALONSO**
**United States District Judge**

4

AO279,APPEAL,TERMED,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04260
## Internal Use Only

LP A/S v. The Partnerships and Unincorporated Associations
Identified in Schedule A
Assigned to: Honorable Jorge L. Alonso
Cause: 15:44 Trademark Infringement

Date Filed: 05/23/2024
Date Terminated: 09/18/2024
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**LP A/S**                                    represented by **Ying Chen**
Flener Ip & Business Law
77 West Washington Street
Suite 800
Chicago, IL 60602
312-687-5131
Fax: Not a member
Email: ying@fleneriplaw.com
*ATTORNEY TO BE NOTICED*

**Zareefa Burki Flener**
Flener IP & Business Law
77 West Washington Street
Suite 800
Chicago, IL 60602
312-724-8874
Fax: Not a member
Email: zflener@fleneriplaw.com
*ATTORNEY TO BE NOTICED*

**James Edward Judge**
Flener IP and Business Law
77 W. Washington St.
Suite 800
Chicago, IL 60602
312-203-5649
Fax: Not a member
Email: jjudge@fleneriplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Partnerships and Unincorporated
Associations Identified in Schedule A**

**Defendant**

zssmy

**Defendant**

zsshinelighting

**Defendant**

zspklighting

**Defendant**

zsjiayou

**Defendant**

zsjdgd

**Defendant**

zsihome

**Defendant**

zshuiyue

**Defendant**

zshuigu

**Defendant**

zsdsllight

**Defendant**

zhtes2

**Defendant**

zhtes

**Defendant**

youzhihui

**Defendant**

youbida

**Defendant**

yijiuyisan

**Defendant**

yiaosa

**Defendant**

xuanzhi

**Defendant**

xuandalighting

**Defendant**

xptlighting

**Defendant**

wslight

**Defendant**

wisefei

**Defendant**

winlams

**Defendant**

widearthlight

**Defendant**

wecares

**Defendant**

wddwo

**Defendant**

Shenzhen Yunxing Electronics Co., Ltd.

**Defendant**

Zhongshan Blossom Lights Co., Ltd.

**Defendant**

Shenzhen Qianhai Baihuixin Invest
Industry Company Limited

**Defendant**

Zhongshan Botian Lighting Co., Ltd.

**Defendant**

Shenzhen Buybay Technology Co., Ltd.

**Defendant**

Fuzhou Canco Lighting Co., Ltd.

**Defendant**

Zhongshan Chenyuan Lighting
Technology Co., Ltd.

**Defendant**

Guangzhou Chuangxingyi Trading Co.,
Ltd.

**Defendant**

Henan Xingfuhui Electronic Commerce
Co., Ltd.

**Defendant**

**Zhongshan Tpstarlite Lighting Co., Ltd.**

**Defendant**

**Zhongshan Guitu Lighting Technology Co., Ltd.**

**Defendant**

**Zhongshan Chuse Lighting Co., Ltd.**

**Defendant**

**Changzhou V-Young International Trading Co., Ltd.**

**Defendant**

**Daning Industrial Import And Export (shenzhen) Co., Limited**

**Defendant**

**Zhongshan Dova Lighting Factory**

**Defendant**

**Changsha Durlite Lighting Co., Ltd.**

**Defendant**

**Changsha Durlite Lighting Co., Ltd.**

**Defendant**

**Shenzhen E-Lux Energy Co., Ltd.**

**Defendant**

**Haining Eperson Import&Export Co., Ltd.**

**Defendant**

**Shenzhen Ecrown Exhibition Co., Ltd.**

**Defendant**

**Espacelighting(Shenzhen) Co., Ltd.**

**Defendant**

**Shenzhen ETL Housing Co., Ltd.**

**Defendant**

**Zhongshan Eupple Lighting Co., Ltd.**

**Defendant**

**Jiangmen Jinchang Lighting Co., Ltd.**

**Defendant**

**Evelyn Home Decor (Guangzhou) Co., Ltd.**

**Defendant**

**Guangzhou Miguang Technology Co., Ltd.**

**Defendant**

**Asplus Lighting Company**

**Defendant**

**Fuzhou Faithreach Import And Export Co., Ltd.**

**Defendant**

**Foshan Wisemax Furniture Co., Ltd.**

**Defendant**

**Foshan Shunde Liangying Lighting And Electrical Co., Ltd.**

**Defendant**

**Zhongshan Feng Zhiming Lighting Co., Ltd.**

**Defendant**

**Fuzhou Wells Import And Export Co., Ltd.**

**Defendant**

**Garsh Lamp Co., Ltd.**

**Defendant**

**Jiashan Jiaxin Electronic Products Co., Ltd.**

**Defendant**

**Yiwu Gees Star Technology Co., Ltd.**

**Defendant**

**Zhongshan Guanhua Lighting Co., Ltd.**

**Defendant**

**Guangzhou Jingpeng Electronic Technology Co., Ltd.**

**Defendant**

**Fujian Hongchang Electric Appliance Co., Ltd.**

**Defendant**

**Hefei Yingguang Industry And Trade Co., Ltd.**

**Defendant**

**Huizhou Tianjie Technology Co., Ltd.**

<u>**Defendant**</u>

**Shenzhen Qianzhengtian Technology Industrial Co., Ltd.**

<u>**Defendant**</u>

**Shenzhen Lanhe Lighting Co., Ltd.**

<u>**Defendant**</u>

**Haining Tonghua Import & Export Co., Ltd.**

<u>**Defendant**</u>

**Zhongshan Hongji Lighting Co., Ltd.**

<u>**Defendant**</u>

**Zhongshan Rebecca Lighting Co., Ltd.**

<u>**Defendant**</u>

**Hitecdad Industry Limited**

<u>**Defendant**</u>

**Zhongshan Hualing Lighting Inc**

<u>**Defendant**</u>

**Zhongshan Huishuo Engineering Technology Co., Ltd.**

<u>**Defendant**</u>

**Zhongshan Taiwo Lighting Co., Ltd.**

<u>**Defendant**</u>

**zhongshanshi jianyi dengshichang**

<u>**Defendant**</u>

**Zhongshan Jilan Technology Co., Ltd.**

<u>**Defendant**</u>

**Shenzhen Jianbiao Digital Trade Ltd.**

<u>**Defendant**</u>

**Jinjiang Jiaxing Import & Export Trade Co., Ltd.**

<u>**Defendant**</u>

**Guangzhou Jingli Trading Co., Ltd.**

<u>**Defendant**</u>

**Changsha Jpungsun Sci & Tech Co., Ltd.**

<u>**Defendant**</u>

**excellent lighting factory Store**

**Defendant**

**Doris lighting Co.,Ltd.**

**Defendant**

**MELLIFLUOUS lighting Store**

**Defendant**

**Foshan Bonita Lighting Co.,Ltd**

**Defendant**

**ASANZUO Lighting Official Store**

**Defendant**

**Fashion Cute You and Me**

**Defendant**

**JLhousehold lighting Store**

**Defendant**

**BLEDV Optical lighting company Store**

**Defendant**

**Livewin Store**

**Defendant**

**wongshi Official Store**

**Defendant**

**Starlish168 Store**

**Defendant**

**Shop4367008 Store**

**Defendant**

**linleeffy Home Decor Lighting Store**

**Defendant**

**HANDFUII Official Store**

**Defendant**

**Shop5796037 Store**

**Defendant**

**QINGYUNKE Lighting Store**

**Defendant**

**Shop3981022 Store**

**Defendant**

**Shop4405058 Store**

**Defendant**

**YourLight Store**

**Defendant**

**Pro lighting factory Store**

**Defendant**

**Ailihua Light Store**

**Defendant**

**China high quality hotel cordless table lighting Store**

**Defendant**

**Shenyushop Store**

**Defendant**

**Yanxiu Lighting Designer's Shop Store**

**Defendant**

**HB Home Store**

**Defendant**

**HB Home Store**

**Defendant**

**Obervist Lighting Store**

**Defendant**

**Shop910325049 Store**

**Defendant**

**Queenlife Decor Lighting Store**

**Defendant**

**Light your future Lighting Store**

**Defendant**

**Mavelux Store**

**Defendant**

**Number-7 Lighting Online Store**

**Defendant**

**Surprisingly Beautiful Store**

**Defendant**

**QINGYUNKE Led-lighting Store**

**Defendant**

**KAGU Official Store**

**Defendant**

**Lamsam LED Store**

**Defendant**

**China cordless table lamp manufacturer Store**

**Defendant**

**LED Charging Home Manufacturer Store**

**Defendant**

**LIMIT LIGHT Official Store**

**Defendant**

**24K Lighting Store**

**Defendant**

**Topyun Store**

**Defendant**

**ZSHLZC LED Home Lighting Store**

**Defendant**

**Hotel lighting manufacturer Store**

**Defendant**

**Shop912626693 Store**

**Defendant**

**YI BU lighting Store**

**Defendant**

**Jian Bian Simple Table Lamp Store**

**Defendant**

**HUNAN xinduoduo002 Store**

**Defendant**

**DARHYN LED Store**

**Defendant**

**Juntu Lighting Store**

**Defendant**

**Indoor lighting Store**

**Defendant**

**Shining Lighting Store**

**Defendant**

**China Super global direct marketing Store**

**Defendant**

**Billion Lampa Store**

**Defendant**

**Zhongshan YiYing Lighting Store**

**Defendant**

**Shop1102075441 Store**

**Defendant**

**Topwinson Store**

**Defendant**

**LOVING LAMPA Lighting Factory Store**

**Defendant**

**XYJ Lighting Store**

**Defendant**

**Darcy Lighting Store**

**Defendant**

**Factory Direct Lighting Store**

**Defendant**

**Barcato Lighting 2022 Store**

**Defendant**

**Janedecor Store**

**Defendant**

**AIZAKA Lighting Official Store**

**Defendant**

**Home One-stop Store**

**Defendant**

**Luxury Lighting Store Store**

**Defendant**

**Yanke Lighting Factory Store**

**Defendant**

**Sunway Lighting Store**

**Defendant**

**DARHYN Smart Lights Store**

**Defendant**

**Ba Zhi Technology Lighting Store**

**Defendant**

**Legendary Panda Lighting Store**

**Defendant**

**GYS Lighting Store**

**Defendant**

**Blesslighting Store**

**Defendant**

**Fiona Lighting Store Store**

**Defendant**

**ZIMULONG-Preferred Store**

**Defendant**

**Home Of Lamps Store**

**Defendant**

**ZIMULONG Official Store**

**Defendant**

**Lampara Techo Decor Store**

**Defendant**

**ZML Lighting Store**

**Defendant**

**MadeinChina Store**

**Defendant**

**Legendary Lighting Store**

**Defendant**

**Violet Lighting Store**

**Defendant**

**Shang Lang Lighting Store**

**Defendant**

**Light-Shop Store**

**Defendant**

**Royal Lighting Store**

**Defendant**

**JIAN KE XING LIGHTING Store**

**Defendant**

**Shop1102703303 Store**

**Defendant**

**Shop1102710138 Store**

**Defendant**

**Wholesale Lamp Fixture Store**

**Defendant**

**Shop1102800231 Store**

**Defendant**

**QiuShui Lamp Fixture Store**

**Defendant**

**Shop1102841889 Store**

**Defendant**

**Shop1102890627 Store**

**Defendant**

**Furniture Preferred Store**

**Defendant**

**Universal Shop Store**

**Defendant**

**KFKF Store**

**Defendant**

**Coral Lighting Store**

**Defendant**

**China Largest High-quality Goods Store**

**Defendant**

**Kiki Home Decor Store**

**Defendant**

**JK Modern Lighting Store**

**Defendant**

**Shop1102998789 Store**

**Defendant**

**Shop1102994935 Store**

**Defendant**

**Yicheng Lighting Store Store**

**Defendant**

**Medala Lighting Store**

**Defendant**

**Hai Rui Morning Light Store**

**Defendant**

**Obervist Starlight Store**

**Defendant**

**Henry Lighting Store**

**Defendant**

**YIAOSA LIGHTING STORE Store**

**Defendant**

**EIUNVGO Lighting Store**

**Defendant**

**DH Chandelier Store**

**Defendant**

**JE Trade Store**

**Defendant**

**SKAWARD Lighting Store**

**Defendant**

**Shop1103405184 Store**

**Defendant**

**Chaocheng Lighting Store Store**

**Defendant**

**Shop1103432241 Store**

**Defendant**

**Shop1103437722 Store**

**Defendant**

**Juntu Trade Store Store**

**Defendant**

**Zhongshan Junlin Lighting Technology Co., Ltd.**

**Defendant**

**Zhongshan Leeman Lighting Co.,ltd.**

**Defendant**

**Shenzhen Lightman Opotoelectronics Co., Ltd.**

**Defendant**

**Anhui Lights Lighting Technology Ltd**

**Defendant**

**Jiangmen Lingmeng Technology Co., Ltd.**

**Defendant**

**Changchun Lisaa Home Co., Ltd.**

**Defendant**

**Jiangmen Lobo Lighting Co., Ltd.**

**Defendant**

**Xiamen Longree Craft Co., Ltd.**

**Defendant**

**Zhongshan Mailang Lighting Limited Co**

**Defendant**

**Zhongshan Makie Lighting Appliance Co.Ltd.**

**Defendant**

**Zhongshan Masuper Lighting Co., Ltd.**

**Defendant**

**Shenzhen Mingji Technology Co., Ltd.**

**Defendant**

**Quanzhou Mixing Technology Co., Ltd.**

**Defendant**

**Zhongshan Henglan Town Nanhui Lighting Electrical Appliance Factory**

**Defendant**

**Hangzhou Kanlong Import & Export Co., Ltd.**

**Defendant**

**Nanchang Glomall Technology Co., Ltd.**

**Defendant**

**Guangdong Haolida Lighting Co., Ltd.**

**Defendant**

**RAYAAN INTERNATIONAL**

**Defendant**

**Zhongshan Henglan Juns Lighting Factory**

**Defendant**

**Zhongshan R&J Lighting Co., Ltd.**

**Defendant**

**Sichuan Purple Aurora Photoelectric Technology Co., Ltd.**

**Defendant**

**Shenzhen Sen Rich Technology Co., Limited**

**Defendant**

**Guangzhou Shenghao Lighting Technology Co., Ltd.**

**Defendant**

**Foshan Smile Electrical Appliance Co., Ltd.**

**Defendant**

**Guangzhou Modern Z Furniture Co., Limited**

**Defendant**

**Sunye Light Limited**

**Defendant**

**Shenzhen Lapuda Technology Co., Ltd.**

**Defendant**

**Shenzhen Zhongyixin Trading Co., Ltd.**

**Defendant**

**IQBAL COLLECTION**

**Defendant**

**Dongguan Zuoan Photoelectric Technology Co., Ltd.**

**Defendant**

**Haining Tonghua Import & Export Co., Ltd.**

**Defendant**

**Haining Tonghua Import & Export Co., Ltd.**

**Defendant**

**Zhongshan Toolery Lighting Technology Co., Ltd.**

**Defendant**

**Shenzhen TYD Electronics Co., Ltd.**

**Defendant**

**Shenzhen Youlaite Lighting&decoration Co. Ltd**

**Defendant**

**Ningbo Meeko Smart Lighting Co., Ltd.**

**Defendant**

**Zhongshan Qingyang Lighting Engineering Co., Ltd.**

**Defendant**

**Shenzhen Wecares Lighting Co., Ltd.**

**Defendant**

**Widearth (Jiangmen) Lighting Co., Limited**

**Defendant**

**Zhongshan Yongtai Ligting Co., Ltd.**

**Defendant**

**Jiangmen Ruifei Lighting Technology Co., Ltd.**

**Defendant**

**Zhongshan Wanshi Lighting Ltd.**

**Defendant**

**Zhongshan Xin Patu Lighting Co., Ltd.**

**Defendant**

**Zhongshan Guzhen Xuanda Lighting Factory**

**Defendant**

**Zhongshan Huiqi Lighting Factory**

**Defendant**

**Foshan Yiaosa Trading Co., Ltd.**

**Defendant**

**Zhongshan 1913 Lighting Appliance Co., Ltd.**

**Defendant**

**Dongguan Youbida Lighting Co., Ltd.**

**Defendant**

**Guangzhou Zhihui Lighting Industrial Co., Ltd.**

**Defendant**

**Zhongshan Zhuotesi Lighting Co., Ltd.**

**Defendant**

**Zhongshan Zhuotesi Lighting Co., Ltd.**

**Defendant**

**Zhongshan Disley Lighting Co., Ltd.**

**Defendant**

**Zhongshan Huigu Electronic Technology Co., Ltd.**

**Defendant**

**Zhongshan Huiyue Technology Co., Ltd.**

**Defendant**

**Huizhou Anjia Lighting Co., Ltd.**

**Defendant**

**Zhongshan Classical Photoelectric Technology Co., Ltd.**

**Defendant**

**Zhongshan Jiayou Household Supplies Co., Ltd.**

**Defendant**

**Zhongshan Pinke Lighting Ltd**

**Defendant**

**Zhongshan Saisheng Lighting Co., Ltd.**

**Defendant**

**Zhongshan Guzhen Mingyue Lighting Factory**

**Defendant**

**Shenzhen Junchi Lighting Technology Co., Ltd**

**Defendant**

**Jiaxing Hamis Import & Export Co., Ltd.**

**Defendant**

**Zhongshan Kasa Electronics Co., Ltd.**

**Defendant**

**Guangzhou Kebo Lighting Co., Ltd.**

**Defendant**

**Zhongshan Langming Lighting Factory**

**Defendant**

**Zhongshan Keli Lighting Co., Ltd.**

**Defendant**

**Jiangmen Jianghai Jindeng Lighting Co.,
Limited**

**Defendant**

**Fuzhou Keruida Electric Porcelain And
Appliance Co., Ltd.**

**Defendant**

**Zhongshan Kaixinguo Illumination
Technology Co., Ltd.**

**Defendant**

**Shenzhen Lead-Van Electronic Limited**

**Defendant**

**thelightzey**
*TERMINATED: 09/02/2024*

represented by **Benjamin Bai**
King & Wood Mallesons
500 Fifth Avenue.
Ste 50th Floor
New York, NY 10110
678-845-8458
Fax: 917-591-8167
Email: benjamin.bai@cn.kwm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**homdiyhardware**

represented by **Christopher Paul Keleher**
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Box 4635
Chicago, IL 60611
312-448-8491
Fax: Active
Email: ckeleher@appellatelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**thelightzey**                                    represented by    **Elissa Nicole Tenenbaum**
Crowell & Moring Llp
455 N Cityfront Plaza Dr
Suite 3600
Chicago, IL 60611
(312) 840-3283
Fax: Not a member
Email: etenenbaum@crowell.com
*ATTORNEY TO BE NOTICED*

**Paul B. Keller**
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212)937-7273
Fax: Pro Hac Vice
Email: pkeller@crowell.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2024 | 1 | COMPLAINT filed by LP A/S; Jury Demand. Filing fee $ 405, receipt number AILNDC-22005943. (Attachments: # 1 Schedule A, # 2 Ex.1, # 3 Ex.2, # 4 Ex.3)(Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 2 | CIVIL Cover Sheet (Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 3 | ATTORNEY Appearance for Plaintiff LP A/S by James Edward Judge (Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 4 | MOTION by Plaintiff LP A/S for leave to file *Documents Under Seal* (Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 5 | SEALED DOCUMENT by Plaintiff LP A/S *Unredacted Complaint* (Attachments: # 1 Schedule A, # 2 Ex.1)(Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 6 | ATTORNEY Appearance for Plaintiff LP A/S by Zareefa Burki Flener (Flener, Zareefa) (Entered: 05/23/2024) |
| 05/23/2024 | | CASE ASSIGNED to the Honorable Jorge L. Alonso. Designated as Magistrate Judge the Honorable Maria Valdez. Case assignment: Random assignment. (Civil Category Two). (lw, ) (Entered: 05/23/2024) |
| 05/23/2024 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (lw, ) (Entered: 05/23/2024) |
| 05/23/2024 | 7 | MOTION by Plaintiff LP A/S for leave to file excess pages |

| | | (Judge, James) (Entered: 05/23/2024) |
|---|---|---|
| 05/23/2024 | 8 | SEALED MOTION by Plaintiff LP A/S *for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Alternative Service* (Attachments: # 1 Brief in Support of Motion, # 2 Declaration of James E. Judge, # 3 Declaration of Plaintiff, # 4 Ex.1, # 5 Ex.2 Pt.1, # 6 Ex.2 Pt.2, # 7 Ex.2 Pt.3, # 8 Ex.2 Pt.4, # 9 Ex.2 Pt.5, # 10 Ex.2 Pt.6, # 11 Ex.2 Pt.7, # 12 Ex.2 Pt.8, # 13 Ex.2 Pt.9, # 14 Ex.2 Pt.10, # 15 Ex.2 Pt.11, # 16 Ex.2 Pt.12, # 17 Ex.2 Pt.13, # 18 Ex.2 Pt.14, # 19 Ex.2 Pt.15, # 20 Ex.2 Pt.16, # 21 Ex.2 Pt.17)(Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 9 | NOTICE of Motion by James Edward Judge for presentment of motion for leave to file 4 , motion for leave to file excess pages 7 , Sealed motion,, 8 before Honorable Jorge L. Alonso on 5/28/2024 at 09:30 AM. (Judge, James) (Entered: 05/23/2024) |
| 05/23/2024 | 10 | ATTORNEY Appearance for Plaintiff LP A/S by Ying Chen (Chen, Ying) (Entered: 05/23/2024) |
| 05/24/2024 | 11 | MAILED trademark report to Patent Trademark Office, Alexandria VA (emc, ) (Entered: 05/24/2024) |
| 05/24/2024 | 12 | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (emc, ) (Entered: 05/24/2024) |
| 05/28/2024 | 13 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing set for 5/28/24 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Notice mailed by Judge's staff (lf, ) (Entered: 05/28/2024) |
| 05/28/2024 | 14 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Plaintiff's Motion for leave to file documents under seal 4 is granted. Plaintiff's Motion to increase page limit of brief in support of Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery 7 is granted. Plaintiff's Ex Parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery, and alternative service 8 is granted. Enter Temporary Restraining Order. Notice mailed by Judge's staff (lf, ) (Entered: 05/30/2024) |
| 05/28/2024 | 15 | SEALED TEMPORARY Restraining Order. Signed by the Honorable Jorge L. Alonso on 5/28/2024. Notice mailed by Judge's staff (lf, ) (Entered: 05/30/2024) |
| 06/03/2024 | 16 | MOTION by Plaintiff LP A/S for temporary restraining order *for Extension of Temporary Restraining Order*<br><br>(Judge, James) (Entered: 06/03/2024) |
| 06/04/2024 | 17 | SURETY BOND in the amount of $436,000 posted by LP A/S. (Document not scanned) (aee, ) (Entered: 06/04/2024) |
| 06/04/2024 | 18 | MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion to extend temporary restraining order 16 is granted. The temporary restraining order is extended to |

| | | |
|---|---|---|
| | | 6/25/24. Telephonic status hearing set for 6/25/24 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 06/04/2024) |
| 06/17/2024 | | SUMMONS Issued as to Defendant The Partnerships and Unincorporated Associations Identified in Schedule A (jxm, ) (Entered: 06/17/2024) |
| 06/18/2024 | 19 | MOTION by Plaintiff LP A/S for preliminary injunction *as to Certain Defendants* (Attachments: # 1 Ex. 1, # 2 Memorandum In Support of Motion, # 3 Declaration of James Judge)(Judge, James) (Entered: 06/18/2024) |
| 06/18/2024 | 20 | NOTICE of Motion by James Edward Judge for presentment of motion for preliminary injunction 19 before Honorable Jorge L. Alonso on 6/25/2024 at 09:30 AM. (Judge, James) (Entered: 06/18/2024) |
| 06/20/2024 | | NEW PARTIES: zssmy, zsshinelighting, zspklighting, zsjiayou, zsjdgd, zsihome, zshuiyue and zshuigu added to case caption. (Judge, James) (Entered: 06/20/2024) |
| 06/20/2024 | | NEW PARTIES: zsdsllight, zhtes2, zhtes, youzhihui, youbida, yijiuyisan, yiaosa, xuanzhi, xuandalighting, xptlighting and wslight added to case caption. (Judge, James) (Entered: 06/20/2024) |
| 06/20/2024 | | NEW PARTIES: wisefei, winlams, wideearthlight, wecares and wddwo added to case caption. (Judge, James) (Entered: 06/20/2024) |
| 06/20/2024 | | NEW PARTIES: Shenzhen Yunxing Electronics Co., Ltd., Zhongshan Blossom Lights Co., Ltd., Shenzhen Qianhai Baihuixin Invest Industry Company Limited, Zhongshan Botian Lighting Co., Ltd., Shenzhen Buybay Technology Co., Ltd., Fuzhou Canco Lighting Co., Ltd., Zhongshan Chenyuan Lighting Technology Co., Ltd., Guangzhou Chuangxingyi Trading Co., Ltd., Henan Xingfuhui Electronic Commerce Co., Ltd., Zhongshan Tpstarlite Lighting Co., Ltd., Zhongshan Guitu Lighting Technology Co., Ltd., Zhongshan Chuse Lighting Co., Ltd., Changzhou V-Young International Trading Co., Ltd., Daning Industrial Import And Export (shenzhen) Co., Limited, Zhongshan Dova Lighting Factory, Changsha Durlite Lighting Co., Ltd., Changsha Durlite Lighting Co., Ltd., Shenzhen E-Lux Energy Co., Ltd., Haining Eperson Import&Export Co., Ltd., Shenzhen Ecrown Exhibition Co., Ltd., Espacelighting(Shenzhen) Co., Ltd., Shenzhen ETL Housing Co., Ltd., Zhongshan Eupple Lighting Co., Ltd., Jiangmen Jinchang Lighting Co., Ltd., Evelyn Home Decor (Guangzhou) Co., Ltd., Guangzhou Miguang Technology Co., Ltd., Asplus Lighting Company, Fuzhou Faithreach Import And Export Co., Ltd., Foshan Wisemax Furniture Co., Ltd., Foshan Shunde Liangying Lighting And Electrical Co., Ltd., Zhongshan Feng Zhiming Lighting Co., Ltd., Fuzhou Wells Import And Export Co., Ltd., Garsh Lamp Co., Ltd., Jiashan Jiaxin Electronic Products Co., Ltd., Yiwu Gees Star Technology Co., Ltd., Zhongshan Guanhua Lighting Co., Ltd., Guangzhou Jingpeng Electronic Technology Co., Ltd., Fujian Hongchang Electric Appliance Co., Ltd., Hefei Yingguang Industry And Trade Co., Ltd., Huizhou Tianjie Technology Co., Ltd., Shenzhen Qianzhengtian Technology Industrial Co., Ltd., Shenzhen Lanhe Lighting Co., Ltd., Haining Tonghua Import & Export Co., Ltd., Zhongshan Hongji Lighting Co., Ltd., Zhongshan Rebecca Lighting Co., Ltd., Hitecdad Industry Limited, Zhongshan Hualing Lighting Inc, Zhongshan Huishuo Engineering |

| | | |
|---|---|---|
| | | Technology Co., Ltd., Zhongshan Taiwo Lighting Co., Ltd., zhongshanshi jianyi dengshichang and Zhongshan Jilan Technology Co., Ltd. added to case caption. (Flener, Zareefa) (Entered: 06/20/2024) |
| 06/20/2024 | | NEW PARTIES: Shenzhen Jianbiao Digital Trade Ltd., Jinjiang Jiaxing Import & Export Trade Co., Ltd., Guangzhou Jingli Trading Co., Ltd. and Changsha Jpungsun Sci & Tech Co., Ltd. added to case caption. (Flener, Zareefa) (Entered: 06/20/2024) |
| 06/25/2024 | 21 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held and continued to 7/25/24 at 9:30 a.m. Telephonic motion hearing held. Plaintiff's Motion for entry of a preliminary injunction, continued asset restraint and expedited discovery 19 is granted. Enter Preliminary injunction order. The temporary restraining order is extended for 14 days for Defendants 1 - 238. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 06/26/2024) |
| 06/25/2024 | 22 | PRELIMINARY INJUNCTION ORDER Signed by the Honorable Jorge L. Alonso on 6/25/2024. Notice mailed by Judge's staff (lf, ) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: excellent lighting factory Store, Doris lighting Co.,Ltd., MELLIFLUOUS lighting Store, Foshan Bonita Lighting Co.,Ltd, ASANZUO Lighting Official Store, Fashion Cute You and Me, JLhousehold lighting Store, BLEDV Optical lighting company Store, Livewin Store, wongshi Official Store, Starlish168 Store, Shop4367008 Store, linleeffy Home Decor Lighting Store, HANDFUII Official Store and Shop5796037 Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: QINGYUNKE Lighting Store, Shop3981022 Store, Shop4405058 Store, YourLight Store, Pro lighting factory Store, Ailihua Light Store, China high quality hotel cordless table lighting Store, Shenyushop Store, Yanxiu Lighting Designer's Shop Store, HB Home Store, HB Home Store, Obervist Lighting Store, Shop910325049 Store, Queenlife Decor Lighting Store, Light your future Lighting Store, Mavelux Store, Number-7 Lighting Online Store and Surprisingly Beautiful Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: QINGYUNKE Led-lighting Store, KAGU Official Store, Lamsam LED Store, China cordless table lamp manufacturer Store, LED Charging Home Manufacturer Store, LIMIT LIGHT Official Store, 24K Lighting Store, Topyun Store, ZSHLZC LED Home Lighting Store, Hotel lighting manufacturer Store, Shop912626693 Store, YI BU lighting Store, Jian Bian Simple Table Lamp Store, HUNAN xinduoduo002 Store, DARHYN LED Store, Juntu Lighting Store, Indoor lighting Store, Shining Lighting Store and China Super global direct marketing Store added to case caption. (Judge, James) (Entered: 06/26/2024) |

| | | |
|---|---|---|
| 06/26/2024 | | NEW PARTIES: Billion Lampa Store, Zhongshan YiYing Lighting Store, Shop1102075441 Store, Topwinson Store, LOVING LAMPA Lighting Factory Store, XYJ Lighting Store, Darcy Lighting Store, Factory Direct Lighting Store, Barcato Lighting 2022 Store, Janedecor Store, AIZAKA Lighting Official Store, Home One-stop Store, Luxury Lighting Store Store, Yanke Lighting Factory Store, Sunway Lighting Store, DARHYN Smart Lights Store, Ba Zhi Technology Lighting Store, Legendary Panda Lighting Store and GYS Lighting Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: Blesslighting Store, Fiona Lighting Store Store, ZIMULONG-Preferred Store, Home Of Lamps Store, ZIMULONG Official Store, Lampara Techo Decor Store, ZML Lighting Store, MadeinChina Store, Legendary Lighting Store, Violet Lighting Store, Shang Lang Lighting Store, Light-Shop Store, Royal Lighting Store, JIAN KE XING LIGHTING Store, Shop1102703303 Store, Shop1102710138 Store, Wholesale Lamp Fixture Store, Shop1102800231 Store and QiuShui Lamp Fixture Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: Shop1102841889 Store, Shop1102890627 Store, Furniture Preferred Store, Universal Shop Store, KFKF Store, Coral Lighting Store, China Largest High-quality Goods Store, Kiki Home Decor Store, JK Modern Lighting Store, Shop1102998789 Store, Shop1102994935 Store, Yicheng Lighting Store Store, Medala Lighting Store, Hai Rui Morning Light Store, Obervist Starlight Store, Henry Lighting Store, YIAOSA LIGHTING STORE Store, EIUNVGO Lighting Store and DH Chandelier Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/26/2024 | | NEW PARTIES: JE Trade Store, SKAWARD Lighting Store, Shop1103405184 Store, Chaocheng Lighting Store Store, Shop1103432241 Store, Shop1103437722 Store and Juntu Trade Store Store added to case caption. (Judge, James) (Entered: 06/26/2024) |
| 06/27/2024 | 23 | SUMMONS Returned Executed by LP A/S as to ASANZUO Lighting Official Store on 6/24/2024, answer due 7/15/2024; Ailihua Light Store on 6/24/2024, answer due 7/15/2024; BLEDV Optical lighting company Store on 6/24/2024, answer due 7/15/2024; Doris lighting Co.,Ltd. on 6/24/2024, answer due 7/15/2024; Fashion Cute You and Me on 6/24/2024, answer due 7/15/2024; Foshan Bonita Lighting Co.,Ltd on 6/24/2024, answer due 7/15/2024; HANDFUII Official Store on 6/24/2024, answer due 7/15/2024; JLhousehold lighting Store on 6/24/2024, answer due 7/15/2024; Livewin Store on 6/24/2024, answer due 7/15/2024; MELLIFLUOUS lighting Store on 6/24/2024, answer due 7/15/2024; Pro lighting factory Store on 6/24/2024, answer due 7/15/2024; QINGYUNKE Lighting Store on 6/24/2024, answer due 7/15/2024; Shop3981022 Store on 6/24/2024, answer due 7/15/2024; Shop4367008 Store on 6/24/2024, answer due 7/15/2024; Shop4405058 Store on 6/24/2024, answer due 7/15/2024; Shop5796037 Store on 6/24/2024, answer due 7/15/2024; Starlish168 Store on 6/24/2024, answer due 7/15/2024; YourLight Store on 6/24/2024, answer due 7/15/2024; excellent lighting factory Store on 6/24/2024, answer due 7/15/2024; linleeffy Home Decor Lighting Store on 6/24/2024, answer due 7/15/2024; wongshi Official Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 06/27/2024 | 24 | SUMMONS Returned Executed by LP A/S as to 24K Lighting Store on 6/24/2024, answer due 7/15/2024; China cordless table lamp manufacturer Store on 6/24/2024, answer due 7/15/2024; China high quality hotel cordless table lighting Store on 6/24/2024, answer due 7/15/2024; HB Home Store on 6/24/2024, answer due 7/15/2024; KAGU Official Store on 6/24/2024, answer due 7/15/2024; LED Charging Home Manufacturer Store on 6/24/2024, answer due 7/15/2024; LIMIT LIGHT Official Store on 6/24/2024, answer due 7/15/2024; Lamsam LED Store on 6/24/2024, answer due 7/15/2024; Light your future Lighting Store on 6/24/2024, answer due 7/15/2024; |

| | | |
|---|---|---|
| | | Mavelux Store on 6/24/2024, answer due 7/15/2024; Number-7 Lighting Online Store on 6/24/2024, answer due 7/15/2024; Obervist Lighting Store on 6/24/2024, answer due 7/15/2024; QINGYUNKE Led-lighting Store on 6/24/2024, answer due 7/15/2024; Queenlife Decor Lighting Store on 6/24/2024, answer due 7/15/2024; Shenyushop Store on 6/24/2024, answer due 7/15/2024; Shop910325049 Store on 6/24/2024, answer due 7/15/2024; Surprisingly Beautiful Store on 6/24/2024, answer due 7/15/2024; Topyun Store on 6/24/2024, answer due 7/15/2024; Yanxiu Lighting Designer's Shop Store on 6/24/2024, answer due 7/15/2024; ZSHLZC LED Home Lighting Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 06/27/2024 | 25 | SUMMONS Returned Executed by LP A/S as to AIZAKA Lighting Official Store on 6/24/2024, answer due 7/15/2024; Barcato Lighting 2022 Store on 6/24/2024, answer due 7/15/2024; Billion Lampa Store on 6/24/2024, answer due 7/15/2024; China Super global direct marketing Store on 6/24/2024, answer due 7/15/2024; DARHYN LED Store on 6/24/2024, answer due 7/15/2024; Darcy Lighting Store on 6/24/2024, answer due 7/15/2024; Factory Direct Lighting Store on 6/24/2024, answer due 7/15/2024; HUNAN xinduoduo002 Store on 6/24/2024, answer due 7/15/2024; Hotel lighting manufacturer Store on 6/24/2024, answer due 7/15/2024; Indoor lighting Store on 6/24/2024, answer due 7/15/2024; Janedecor Store on 6/24/2024, answer due 7/15/2024; Jian Bian Simple Table Lamp Store on 6/24/2024, answer due 7/15/2024; Juntu Lighting Store on 6/24/2024, answer due 7/15/2024; LOVING LAMPA Lighting Factory Store on 6/24/2024, answer due 7/15/2024; Shining Lighting Store on 6/24/2024, answer due 7/15/2024; Shop1102075441 Store on 6/24/2024, answer due 7/15/2024; Shop912626693 Store on 6/24/2024, answer due 7/15/2024; Topwinson Store on 6/24/2024, answer due 7/15/2024; XYJ Lighting Store on 6/24/2024, answer due 7/15/2024; YI BU lighting Store on 6/24/2024, answer due 7/15/2024; Zhongshan YiYing Lighting Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 06/27/2024 | 26 | SUMMONS Returned Executed by LP A/S as to Ba Zhi Technology Lighting Store on 6/24/2024, answer due 7/15/2024; Blesslighting Store on 6/24/2024, answer due 7/15/2024; DARHYN Smart Lights Store on 6/24/2024, answer due 7/15/2024; Fiona Lighting Store Store on 6/24/2024, answer due 7/15/2024; GYS Lighting Store on 6/24/2024, answer due 7/15/2024; Home Of Lamps Store on 6/24/2024, answer due 7/15/2024; Home One-stop Store on 6/24/2024, answer due 7/15/2024; Lampara Techo Decor Store on 6/24/2024, answer due 7/15/2024; Legendary Lighting Store on 6/24/2024, answer due 7/15/2024; Legendary Panda Lighting Store on 6/24/2024, answer due 7/15/2024; Light-Shop Store on 6/24/2024, answer due 7/15/2024; Luxury Lighting Store Store on 6/24/2024, answer due 7/15/2024; MadeinChina Store on 6/24/2024, answer due 7/15/2024; Shang Lang Lighting Store on 6/24/2024, answer due 7/15/2024; Sunway Lighting Store on 6/24/2024, answer due 7/15/2024; Violet Lighting Store on 6/24/2024, answer due 7/15/2024; Yanke Lighting Factory Store on 6/24/2024, answer due 7/15/2024; ZIMULONG Official Store on 6/24/2024, answer due 7/15/2024; ZIMULONG-Preferred Store on 6/24/2024, answer due 7/15/2024; ZML Lighting Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 06/27/2024 | 27 | SUMMONS Returned Executed by LP A/S as to China Largest High-quality Goods Store on 6/24/2024, answer due 7/15/2024; Coral Lighting Store on 6/24/2024, answer due 7/15/2024; Furniture Preferred Store on 6/24/2024, answer due 7/15/2024; JIAN KE XING LIGHTING Store on 6/24/2024, answer due 7/15/2024; JK Modern Lighting Store on 6/24/2024, answer due 7/15/2024; KFKF Store on 6/24/2024, answer due 7/15/2024; Kiki Home Decor Store on 6/24/2024, answer due 7/15/2024; QiuShui Lamp Fixture Store on 6/24/2024, answer due 7/15/2024; Royal Lighting Store on 6/24/2024, |

| | | |
|---|---|---|
| | | answer due 7/15/2024; Shop1102703303 Store on 6/24/2024, answer due 7/15/2024; Shop1102710138 Store on 6/24/2024, answer due 7/15/2024; Shop1102800231 Store on 6/24/2024, answer due 7/15/2024; Shop1102841889 Store on 6/24/2024, answer due 7/15/2024; Shop1102890627 Store on 6/24/2024, answer due 7/15/2024; Shop1102994935 Store on 6/24/2024, answer due 7/15/2024; Shop1102998789 Store on 6/24/2024, answer due 7/15/2024; Universal Shop Store on 6/24/2024, answer due 7/15/2024; Wholesale Lamp Fixture Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 06/27/2024 | 28 | SUMMONS Returned Executed by LP A/S as to Chaocheng Lighting Store Store on 6/24/2024, answer due 7/15/2024; DH Chandelier Store on 6/24/2024, answer due 7/15/2024; EIUNVGO Lighting Store on 6/24/2024, answer due 7/15/2024; Henry Lighting Store on 6/24/2024, answer due 7/15/2024; JE Trade Store on 6/24/2024, answer due 7/15/2024; Juntu Trade Store Store on 6/24/2024, answer due 7/15/2024; Medala Lighting Store on 6/24/2024, answer due 7/15/2024; Obervist Starlight Store on 6/24/2024, answer due 7/15/2024; SKAWARD Lighting Store on 6/24/2024, answer due 7/15/2024; Shop1103405184 Store on 6/24/2024, answer due 7/15/2024; Shop1103432241 Store on 6/24/2024, answer due 7/15/2024; Shop1103437722 Store on 6/24/2024, answer due 7/15/2024; YIAOSA LIGHTING STORE Store on 6/24/2024, answer due 7/15/2024; Yicheng Lighting Store Store on 6/24/2024, answer due 7/15/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 06/27/2024) |
| 07/03/2024 | 29 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 07/03/2024) |
| 07/11/2024 | 30 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant LIQINHUWAI* (Judge, James) (Entered: 07/11/2024) |
| 07/17/2024 | 31 | SUMMONS Returned Executed by LP A/S as to Shenzhen Qianhai Baihuixin Invest Industry Company Limited on 7/11/2024, answer due 8/1/2024; Shenzhen Yunxing Electronics Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Botian Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service) (Flener, Zareefa) (Entered: 07/17/2024) |
| 07/17/2024 | 32 | SUMMONS Returned Executed by LP A/S as to Fuzhou Canco Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Guangzhou Chuangxingyi Trading Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Chenyuan Lighting Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Chuse Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Guitu Lighting Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Tpstarlite Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Flener, Zareefa) (Entered: 07/17/2024) |
| 07/17/2024 | 33 | SUMMONS Returned Executed by LP A/S as to Espacelighting(Shenzhen) Co., Ltd. on 7/11/2024, answer due 8/1/2024; Evelyn Home Decor (Guangzhou) Co., Ltd. on 7/11/2024, answer due 8/1/2024; Fuzhou Faithreach Import And Export Co., Ltd. on 7/11/2024, answer due 8/1/2024; Guangzhou Miguang Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Shenzhen Ecrown Exhibition Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Dova Lighting Factory on 7/11/2024, answer due 8/1/2024; Zhongshan Eupple Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Flener, Zareefa) (Entered: 07/17/2024) |
| 07/17/2024 | 34 | SUMMONS Returned Executed by LP A/S as to Foshan Shunde Liangying Lighting And Electrical Co., Ltd. on 7/11/2024, answer due 8/1/2024; Fujian Hongchang Electric Appliance Co., Ltd. on 7/11/2024, answer due 8/1/2024; Fuzhou Wells Import And Export Co., Ltd. on 7/11/2024, answer due 8/1/2024; Garsh Lamp Co., Ltd. on |

| | | |
|---|---|---|
| | | 7/11/2024, answer due 8/1/2024; Guangzhou Jingpeng Electronic Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Haining Tonghua Import & Export Co., Ltd. on 7/11/2024, answer due 8/1/2024; Hefei Yingguang Industry And Trade Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Feng Zhiming Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Guanhua Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Hongji Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Flener, Zareefa) (Entered: 07/17/2024) |
| 07/17/2024 | 35 | SUMMONS Returned Executed by LP A/S as to Changsha Jpungsun Sci & Tech Co., Ltd. on 7/11/2024, answer due 8/1/2024; Guangzhou Jingli Trading Co., Ltd. on 7/11/2024, answer due 8/1/2024; Hitecdad Industry Limited on 7/11/2024, answer due 8/1/2024; Jinjiang Jiaxing Import & Export Trade Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Hualing Lighting Inc on 7/11/2024, answer due 8/1/2024; Zhongshan Taiwo Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Flener, Zareefa) (Entered: 07/17/2024) |
| 07/17/2024 | | NEW PARTIES: Zhongshan Junlin Lighting Technology Co., Ltd. added to case caption. (Judge, James) (Entered: 07/17/2024) |
| 07/17/2024 | | NEW PARTIES: Zhongshan Leeman Lighting Co.,ltd., Shenzhen Lightman Opotoelectronics Co., Ltd., Anhui Lights Lighting Technology Ltd, Jiangmen Lingmeng Technology Co., Ltd., Changchun Lisaa Home Co., Ltd., Jiangmen Lobo Lighting Co., Ltd., Xiamen Longree Craft Co., Ltd., Zhongshan Mailang Lighting Limited Co, Zhongshan Makie Lighting Appliance Co.Ltd., Zhongshan Masuper Lighting Co., Ltd., Shenzhen Mingji Technology Co., Ltd., Quanzhou Mixing Technology Co., Ltd., Zhongshan Henglan Town Nanhui Lighting Electrical Appliance Factory, Hangzhou Kanlong Import & Export Co., Ltd., Nanchang Glomall Technology Co., Ltd., Guangdong Haolida Lighting Co., Ltd., RAYAAN INTERNATIONAL, Zhongshan Henglan Juns Lighting Factory, Zhongshan R&J Lighting Co., Ltd., Sichuan Purple Aurora Photoelectric Technology Co., Ltd., Shenzhen Sen Rich Technology Co., Limited, Guangzhou Shenghao Lighting Technology Co., Ltd., Foshan Smile Electrical Appliance Co., Ltd., Guangzhou Modern Z Furniture Co., Limited, Sunye Light Limited, Shenzhen Lapuda Technology Co., Ltd., Shenzhen Zhongyixin Trading Co., Ltd., IQBAL COLLECTION, Dongguan Zuoan Photoelectric Technology Co., Ltd., Haining Tonghua Import & Export Co., Ltd., Haining Tonghua Import & Export Co., Ltd., Zhongshan Toolery Lighting Technology Co., Ltd. and Shenzhen TYD Electronics Co., Ltd. added to case caption. (Judge, James) (Entered: 07/17/2024) |
| 07/17/2024 | | NEW PARTIES: Shenzhen Youlaite Lighting&decoration Co. Ltd, Ningbo Meeko Smart Lighting Co., Ltd., Zhongshan Qingyang Lighting Engineering Co., Ltd., Shenzhen Wecares Lighting Co., Ltd., Widearth (Jiangmen) Lighting Co., Limited, Zhongshan Yongtai Ligting Co., Ltd., Jiangmen Ruifei Lighting Technology Co., Ltd., Zhongshan Wanshi Lighting Ltd., Zhongshan Xin Patu Lighting Co., Ltd., Zhongshan Guzhen Xuanda Lighting Factory, Zhongshan Huiqi Lighting Factory, Foshan Yiaosa Trading Co., Ltd., Zhongshan 1913 Lighting Appliance Co., Ltd., Dongguan Youbida Lighting Co., Ltd., Guangzhou Zhihui Lighting Industrial Co., Ltd. and Zhongshan Zhuotesi Lighting Co., Ltd. added to case caption. (Judge, James) (Entered: 07/17/2024) |
| 07/17/2024 | | NEW PARTIES: Zhongshan Zhuotesi Lighting Co., Ltd., Zhongshan Disley Lighting Co., Ltd., Zhongshan Huigu Electronic Technology Co., Ltd., Zhongshan Huiyue Technology Co., Ltd., Huizhou Anjia Lighting Co., Ltd., Zhongshan Classical Photoelectric Technology Co., Ltd., Zhongshan Jiayou Household Supplies Co., Ltd., Zhongshan Pinke Lighting Ltd, Zhongshan Saisheng Lighting Co., Ltd. and Zhongshan Guzhen Mingyue Lighting Factory added to case caption. (Judge, James) (Entered: 07/17/2024) |

| 07/17/2024 | 36 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Attachments: # 1 Exhibit 1)(Judge, James) (Entered: 07/17/2024) |
|---|---|---|
| 07/18/2024 | | NEW PARTIES: Shenzhen Junchi Lighting Technology Co., Ltd, Jiaxing Hamis Import & Export Co., Ltd., Zhongshan Kasa Electronics Co., Ltd., Guangzhou Kebo Lighting Co., Ltd., Zhongshan Langming Lighting Factory, Zhongshan Keli Lighting Co., Ltd., Jiangmen Jianghai Jindeng Lighting Co., Limited, Fuzhou Keruida Electric Porcelain And Appliance Co., Ltd., Zhongshan Kaixinguo Illumination Technology Co., Ltd. and Shenzhen Lead-Van Electronic Limited added to case caption. (Judge, James) (Entered: 07/18/2024) |
| 07/18/2024 | 37 | SUMMONS Returned Executed by LP A/S as to Anhui Lights Lighting Technology Ltd on 7/11/2024, answer due 8/1/2024; Fuzhou Keruida Electric Porcelain And Appliance Co., Ltd. on 7/11/2024, answer due 8/1/2024; Guangzhou Kebo Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Jiangmen Jianghai Jindeng Lighting Co., Limited on 7/11/2024, answer due 8/1/2024; Jiangmen Lobo Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Jiaxing Hamis Import & Export Co., Ltd. on 7/11/2024, answer due 8/1/2024; Shenzhen Junchi Lighting Technology Co., Ltd on 7/11/2024, answer due 8/1/2024; Shenzhen Lightman Opotoelectronics Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Langming Lighting Factory on 7/11/2024, answer due 8/1/2024; Zhongshan Leeman Lighting Co.,ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 07/18/2024) |
| 07/18/2024 | 38 | SUMMONS Returned Executed by LP A/S as to Guangzhou Modern Z Furniture Co., Limited on 7/11/2024, answer due 8/1/2024; Guangzhou Shenghao Lighting Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; IQBAL COLLECTION on 7/11/2024, answer due 8/1/2024; Nanchang Glomall Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Quanzhou Mixing Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; RAYAAN INTERNATIONAL on 7/11/2024, answer due 8/1/2024; Shenzhen Sen Rich Technology Co., Limited on 7/11/2024, answer due 8/1/2024; Shenzhen TYD Electronics Co., Ltd. on 7/11/2024, answer due 8/1/2024; Shenzhen Youlaite Lighting&decoration Co. Ltd on 7/11/2024, answer due 8/1/2024; Shenzhen Zhongyixin Trading Co., Ltd. on 7/11/2024, answer due 8/1/2024; Sunye Light Limited on 7/11/2024, answer due 8/1/2024; Zhongshan Mailang Lighting Limited Co on 7/11/2024, answer due 8/1/2024; Zhongshan Makie Lighting Appliance Co.Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Masuper Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan R&J Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 07/18/2024) |
| 07/18/2024 | 39 | SUMMONS Returned Executed by LP A/S as to Dongguan Youbida Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Foshan Yiaosa Trading Co., Ltd. on 7/11/2024, answer due 8/1/2024; Widearth (Jiangmen) Lighting Co., Limited on 7/11/2024, answer due 8/1/2024; Zhongshan 1913 Lighting Appliance Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Guzhen Xuanda Lighting Factory on 7/11/2024, answer due 8/1/2024; Zhongshan Huiqi Lighting Factory on 7/11/2024, answer due 8/1/2024; Zhongshan Qingyang Lighting Engineering Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Xin Patu Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Yongtai Ligting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Zhuotesi Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 07/18/2024) |
| 07/18/2024 | 40 | SUMMONS Returned Executed by LP A/S as to Huizhou Anjia Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Classical Photoelectric Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Disley Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Guzhen Mingyue Lighting Factory on |

| | | |
|---|---|---|
| | | 7/11/2024, answer due 8/1/2024; Zhongshan Huigu Electronic Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Huiyue Technology Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Jiayou Household Supplies Co., Ltd. on 7/11/2024, answer due 8/1/2024; Zhongshan Pinke Lighting Ltd on 7/11/2024, answer due 8/1/2024; Zhongshan Saisheng Lighting Co., Ltd. on 7/11/2024, answer due 8/1/2024. (Attachments: # 1 Declaration of Service)(Judge, James) (Entered: 07/18/2024) |
| 07/23/2024 | 41 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing previously set for 7/25/24 is stricken and reset to 8/8/24 at 9:30 a.m. The parties shall file a joint status report by 8/5/24, unless Plaintiff files a motion for default by that date. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 07/23/2024) |
| 07/24/2024 | 42 | NOTICE of Voluntary Dismissal by LP A/S *As To Certain Defendants* (Judge, James) (Entered: 07/24/2024) |
| 07/31/2024 | 43 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Attachments: # 1 Ex. 1)(Judge, James) (Entered: 07/31/2024) |
| 08/02/2024 | 44 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Attachments: # 1 Ex. 1)(Judge, James) (Entered: 08/02/2024) |
| 08/05/2024 | 45 | STATUS Report by LP A/S<br><br>(Judge, James) (Entered: 08/05/2024) |
| 08/08/2024 | 46 | MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the status report. Telephonic Status hearing previously set for 8/8/24 is stricken and reset to 8/29/24 at 9:30 a.m. The parties shall file and updated status report by 8/26/24. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 08/08/2024) |
| 08/09/2024 | 47 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 08/09/2024) |
| 08/14/2024 | 48 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 08/14/2024) |
| 08/21/2024 | 49 | NOTICE of Voluntary Dismissal by All Plaintiffs *As to Certain Defendants* (Judge, James) (Entered: 08/21/2024) |
| 08/26/2024 | 50 | STATUS Report by LP A/S<br><br>(Judge, James) (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/27/2024 | 51 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant Hitecdad Industry Limited* (Judge, James) (Entered: 08/27/2024) |
| 08/28/2024 | 52 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant Gansu Jinfeng Shunwei* (Judge, James) (Entered: 08/28/2024) |
| 08/28/2024 | 53 | MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the status report. Telephonic Status hearing previously set for 8/29/24 is stricken and reset to 9/18/24 at 9:30 a.m. The parties shall file and updated status report by 9/16/24. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 08/28/2024) |
| 09/02/2024 | 54 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22426916.<br><br>(Bai, Benjamin) (Entered: 09/02/2024) |
| 09/02/2024 | 55 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant thelightzey* (Judge, James) (Entered: 09/02/2024) |
| 09/06/2024 | 56 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 09/06/2024) |
| 09/13/2024 | 57 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 09/13/2024) |
| 09/16/2024 | 58 | STATUS Report by LP A/S<br><br>(Judge, James) (Entered: 09/16/2024) |
| 09/16/2024 | 59 | MOTION by Plaintiff LP A/S for default judgment as to *Certain Defendants*<br><br>(Attachments: # 1 Memorandum in Support of Motion, # 2 Schedule A)(Judge, James) (Entered: 09/16/2024) |
| 09/16/2024 | 60 | NOTICE of Motion by James Edward Judge for presentment of motion for default judgment 59 before Honorable Jorge L. Alonso on 9/18/2024 at 09:30 AM. (Judge, James) (Entered: 09/16/2024) |
| 09/17/2024 | 61 | ATTORNEY Appearance for Defendant homdiyhardware by Christopher Paul Keleher (Keleher, Christopher) (Entered: 09/17/2024) |
| 09/18/2024 | 62 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Telephonic motion hearing held. Defendant No. 425 thelightzey's Motion for leave to appear pro hac vice 54 is granted. Plaintiff's Motion for entry of default and default judgment against certain Defendants 59 is granted. Enter Final Default Judgment Order. Plaintiff's oral motion to dismiss Defendant Homidyhardware without prejudice to automatically convert to a dismissal with prejudice in 30 days is granted. Civil case terminated. Notice mailed by Judge's staff (lf, ) (Entered: 09/18/2024) |

| 09/18/2024 | 66 | FINAL Default Judgment Order. Signed by the Honorable Jorge L. Alonso on 9/18/2024. Notice mailed by Judge's staff (lf, ) (Entered: 10/01/2024) |
|---|---|---|
| 09/19/2024 | 63 | MAILED trademark report with order dated 9/18/2024 to Patent Trademark Office, Alexandria VA (emc, ) (Entered: 09/19/2024) |
| 09/25/2024 | 64 | ATTORNEY Appearance for Defendant thelightzey by Elissa Nicole Tenenbaum (Tenenbaum, Elissa) (Entered: 09/25/2024) |
| 09/27/2024 | 65 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 09/27/2024) |
| 10/02/2024 | 67 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22551250. <br><br> (Keller, Paul) (Entered: 10/02/2024) |
| 10/07/2024 | 68 | MOTION by Defendant thelightzey for attorney fees *and costs* <br><br> (Attachments: # 1 Memorandum In Support of Lightzey's Motion for Attorneys Fees and Costs, # 2 Declaration of Benjamin Bai In Support of Lightzey's Motion for Attorneys Fees and Costs, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7)(Tenenbaum, Elissa) (Entered: 10/07/2024) |
| 10/07/2024 | 69 | NOTICE of Motion by Elissa Nicole Tenenbaum for presentment of motion for attorney fees, 68 before Honorable Jorge L. Alonso on 10/10/2024 at 09:30 AM. (Tenenbaum, Elissa) (Entered: 10/07/2024) |
| 10/07/2024 | 70 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant akarilighting* (Judge, James) (Entered: 10/07/2024) |
| 10/08/2024 | 71 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant brighter-lights* (Judge, James) (Entered: 10/08/2024) |
| 10/09/2024 | 72 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing set for 10/10/24 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 10/09/2024) |
| 10/09/2024 | 73 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22583984. *on behalf of Paul B. Keller* <br><br> (Tenenbaum, Elissa) (Entered: 10/09/2024) |
| 10/10/2024 | 74 | MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Defendant Lightzey's Motion for attorney fees and costs 68 is entered and continued. Telephonic Status hearing set for 10/24/24 at 9:30 a.m. The parties are directed to meet and confer regarding resolution of this matter and the appropriate way to move forward. Defendant's Motion to appear pro hac vice 67 73 is granted. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing |

| | | |
|---|---|---|
| | | with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, ) (Entered: 10/16/2024) |
| 10/23/2024 | 75 | STATUS Report *Joint Status Report* by LP A/S, thelightzey (Judge, James) (Entered: 10/23/2024) |
| 10/23/2024 | 76 | NOTICE of Motion by Elissa Nicole Tenenbaum for presentment of before Honorable Jorge L. Alonso on 10/29/2024 at 09:30 AM. (Tenenbaum, Elissa) (Entered: 10/23/2024) |
| 10/23/2024 | 77 | MOTION by Defendant thelightzey for protective order *to file counsel's time sheets under seal, unopposed* (Tenenbaum, Elissa) (Entered: 10/23/2024) |
| 10/23/2024 | 78 | MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the parties' joint status report 75 . Plaintiff's opposition to Defendant Lightzey's Motion for attorneys fees and costs 68 shall be filed by 10/31/24; Defendant's reply shall be filed by 11/7/24. The Court will rule electronically on the motion. Status hearing date of 10/24/24 is stricken. Notice mailed by Judge's staff (lf, ) (Entered: 10/23/2024) |
| 10/23/2024 | 79 | ORDER: Defendant Lightzey's motion for protective order 77 is denied. Motion hearing date of 10/29/24 is stricken. Signed by the Honorable Jorge L. Alonso on 10/23/2024. Notice mailed by Judge's staff (lf, ) (Entered: 10/23/2024) |
| 10/31/2024 | 80 | MOTION by Plaintiff LP A/S for leave to file excess pages (Judge, James) (Entered: 10/31/2024) |
| 10/31/2024 | 81 | RESPONSE by LP A/Sin Opposition to MOTION by Defendant thelightzey for attorney fees *and costs* 68 (Attachments: # 1 Ex.A, # 2 Ex.B, # 3 Ex.C)(Chen, Ying) (Entered: 10/31/2024) |
| 10/31/2024 | 82 | DECLARATION of Ying Chen regarding response in opposition to motion 81 (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6)(Chen, Ying) (Entered: 11/01/2024) |
| 11/01/2024 | 83 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defendants* (Judge, James) (Entered: 11/01/2024) |
| 11/07/2024 | 84 | REPLY by Defendant thelightzey to motion for attorney fees, 68 (Attachments: # 1 Declaration of Paul B. Keller, # 2 Exhibit 1 to Keller Declaration, # 3 Second Declaration of J. Benjamin Bai, # 4 Exhibit 1 to Bai Declaration, # 5 Exhibit 2 to Bai Declaration, # 6 Exhibit 3 to Bai Declaration, # 7 Exhibit 4 to Bai Declaration, # 8 Exhibit 5 to Bai Declaration, # 9 Exhibit 6 to Bai Declaration, # 10 Exhibit 7 to Bai Declaration, # 11 Exhibit 8 to Bai Declaration, # 12 Exhibit 9 to Bai Declaration) (Tenenbaum, Elissa) (Entered: 11/07/2024) |
| 01/08/2025 | 85 | FULL SATISFACTION of Judgment regarding order 66 *as to Defendant Dongsheng Huize* (Judge, James) (Entered: 01/08/2025) |
| 01/17/2025 | 86 | FULL SATISFACTION of Judgment regarding order 66 *as to Defendant Janedecor Store* (Judge, James) (Entered: 01/17/2025) |

| 04/04/2025 | 87 | NOTICE of Voluntary Dismissal by LP A/S *as to Defendant Zhongshan Dova Lighting Factory* (Judge, James) (Entered: 04/04/2025) |
| 04/17/2025 | 88 | FULL SATISFACTION of Judgment regarding order 66 *as to Defendant ASANZUO Lighting Official Store* (Judge, James) (Entered: 04/17/2025) |
| 05/28/2025 | 89 | ORDER: Defendant Lightzey's motion for attorney fees 68 is denied. This case remains closed. Signed by the Honorable Jorge L. Alonso on 5/28/2025. Notice mailed by Judge's staff (lf, ) (Entered: 05/28/2025) |
| 05/28/2025 | 90 | MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion to increase page limit of Plaintiff's opposition to Defendant's motion for attorneys fees 80 is granted. Notice mailed by Judge's staff (lf, ) (Entered: 05/28/2025) |
| 06/03/2025 | 91 | NOTICE of Voluntary Dismissal by LP A/S *as to Certain Defandants* (Judge, James) (Entered: 06/03/2025) |
| 06/19/2025 | 92 | NOTICE of appeal by thelightzey regarding orders 89 Filing fee $ 605, receipt number AILNDC-23644057. Receipt number: n (Bai, Benjamin) (Entered: 06/19/2025) |
| 06/19/2025 | 93 | DOCKETING Statement by thelightzey regarding notice of appeal 92 (Bai, Benjamin) (Entered: 06/19/2025) |
| 06/20/2025 | 94 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 92 (emc, ) (Entered: 06/20/2025) |