# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 24, 2025

|  | LOUIS POULSEN A/S, <br>                 Plaintiff - Appellee |
|---|---|
| No. 25-2048 | v. |
|  | LIGHTZEY, <br>                 Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04260 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso ||

A preliminary review of the short record suggests that the order appealed from may not be a final decision within the meaning of 28 U.S.C. § 1291.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Rule 58 of the Federal Rules of Civil Procedure. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266, 267 (7th Cir. 1988). On preliminary review, it does not appear that the claims against defendant 3, Shenzhen Qianhai Baihuixin Invest Industry Company Limited, have been resolved either by voluntary dismissal or by the district court's September 18, 2024, default judgment. In the absence of a final decision with respect to all parties, an order granting or denying attorney's fees may not yet be appealable. *See Sonii v. Gen. Elec. Co.*, 359 F.3d 448, 449 (7th Cir. 2004); *Zeigler Coal Co. v. Kerr*, 240 F.3d 572, 573 (7th Cir. 2000). Accordingly,

**IT IS ORDERED** that appellant shall file, on or before July 8, 2025, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.

form name: c7_Order_BTC   (form ID: 178)