No. 25-2048

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**LOUIS POULSEN A/S,**

*Appellee-Plaintiff,*

v.

**LIGHTZEY,**

*Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
District Judge Jorge Alonso
No. 1:24-cv-04260

**CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**

Law professor Eric Goldman respectfully requests an extension of time to file his motion for leave to file an amicus brief in support of Defendant-Appellant to September 10, 2025. Counsel for Plaintiff-Appellee has consented to this motion; Counsel for Defendant-Appellant consents to this motion as well.

As grounds for this Motion, Professor Goldman states that he was only recently made aware of this appeal and is still preparing his amicus brief. Accordingly, he is

not yet ready to file the brief with the Court today. The brief will address the procedural and policy concerns raised by Schedule A litigation. Drawing on Professor Goldman's scholarly work regarding the nature of Schedule A cases, the brief is intended to provide the Court with scholarly analysis of legal and procedural aspects of Appellee's case and in Schedule A litigation more generally.

Therefore, Professor Goldman respectfully requests that this Court grant his motion to extend time to file his motion for leave to file a brief as *amicus curiae* in support of Defendant-Appellant.

Date: August 27, 2025

Respectfully submitted,

_____

Wesley E. Johnson
Partner
Cross-Border Counselor LLP
105 W Madison, Ste 2300
Chicago, IL 60602
Phone: (312) 752-4828
Wjohnson@cbcounselor.com
Counsel for *Amicus Curiae* Law professor Eric Goldman

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2025, I have electronically filed the foregoing motion with the United States Court of Appeals for the Seventh Circuit by the CM/ECF system, which will then send notification of such filing to all counsel of record.

Date: August 27, 2025

Respectfully submitted,

_____

Wesley E. Johnson
Partner
Cross-Border Counselor LLP
105 W Madison, Ste 2300
Chicago, IL 60602
Phone: (312) 752-4828
Wjohnson@cbcounselor.com
Counsel for *Amicus Curiae* Law professor Eric Goldman