# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 28, 2025

Before
AMY J. ST. EVE, *Circuit Judge*

| No. 25-2048 | LOUIS POULSEN A/S,<br>  Plaintiff - Appellee<br><br>v.<br><br>LIGHTZEY,<br>  Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04260<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Upon consideration of the **CONSENT MOTION TO EXTEND TIME TO FILE MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF**, filed on August 27, 2025, by counsel Wesley E. Johnson,

**IT IS ORDERED** that the motion for extension of time is **GRANTED**. Non-party Eric Goldman has until September 10, 2025, to file any motion for leave to file as Amicus Curiae. Appellee Louis Poulson may request additional time to file a response brief if needed.

form name: **c7_Order_3J**   (form ID: **177**)