# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

September 12, 2025

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 25-2048 | LOUIS POULSEN A/S,<br>　　　　　　　　Plaintiff - Appellee<br><br>v.<br><br>LIGHTZEY,<br>　　　　　　　　Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04260<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Upon consideration of the **MOTION OF ERIC GOLDMAN AND ELIZABETH ROSENBLATT FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT-APPELLANT AND REVERSAL**, filed on September 10, 2025, by counsel for the amici curiae,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file instanter the tendered amici curiae brief.

form name: **c7_InstanterOrderFiled**　　(form ID: **123**)