No. 25-2048

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LOUIS POULSEN A/S, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| LIGHTZEY, | ) |
| | ) |
| Defendants-Appellant. | ) |

Appeal from the United States District Court
for the Northern District of Illinois
No. 24 CV 04260, Judge Jorge Alonso

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF APPELLEE

Christopher W. Carmichael
**HENDERSON PARKS, LLC**
90 Canal Street, Fourth Floor
Boston, MA 02114
Tel: (617) 936-0795

*Counsel for Amicus Curiae*
**Strategic Alliance
for Fair Ecommerce, NFP**

## MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

The Strategic Alliance for Fair Ecommerce, NFP ("SAFE") respectfully moves under Federal Rule of Appellate Procedure 29(a) for leave to file a brief as *amicus curiae* in support of Appellee in this case.

Counsel for Appellant and Appellee were contacted prior to filing this motion and Appellant consents to the filing of an amicus brief by SAF, while Appellee stated it did not oppose the submission of an *amicus* brief by SAFE.

## INTEREST OF AMICUS CURIAE

SAFE is a bar association committed to advancing the protection of intellectual property rights in e-commerce. SAFE brings together legal practitioners to develop and promote best practices for litigation involving offshore infringers that unfairly violate intellectual property rights. Its mission is to address the unique challenges of online intellectual property disputes, ensuring fair, efficient, and effective outcomes in an ever-evolving e-commerce landscape. The coalition advances thought leadership and collaboration among stakeholders to protect brand innovation and consumers. By enforcing intellectual property rights online, brands aim to shield consumers from deceptive practices, support legitimate sellers who adhere to legal standards, and foster a transparent and trustworthy online shopping environment.

SAFE has an interest in the issues raised in this case. SAFE represent brand owners who face the consequences of online counterfeiting from China-based e-commerce stores targeting the United States daily, including consumer confusion, the loss of brand reputation and goodwill, the loss of sales of genuine products, and

having to combat the sale of unregulated and unsafe counterfeit products. Brand owners represented by SAFE, and those in similar positions, bear the burden of monitoring and taking action against an ever-growing mass of online counterfeiters.

SAFE has no direct financial or personal interest in the outcome of this appeal. No party's counsel authored SAFE's brief, in whole or part, and no party or a party's counsel contributed money that was intended to fund preparing or submitting SAFE's brief. No person—other than the amicus curiae, its members, or its counsel—contributed money that was intended to fund preparing or submitting SAFE's brief.

## ARGUMENT

The Court should grant SAFE leave to file its brief as *amicus curiae* because the brief is desirable and the matters addressed in the brief are relevant to issues raised by Appellant and its supporting *amici*. FED. R. APP. P. 29(a)(3)(B). SAFE's brief is also desirable because SAFE can speak from the perspective and extensive knowledge of Amicus regarding combating international counterfeiting.

Although the principal issue is the denial of an award of attorneys' fees, Appellant and supporting *amici* address larger grievances against intellectual property enforcement lawsuits that have become known as "Schedule A" litigation. SAFE's amicus brief seeks to educate the Court about the rampant online counterfeiting that rights owners face and the resulting necessity of Schedule A litigation. SAFE's brief examines the variety of harms that foreign counterfeiters

pose to U.S. interests. SAFE's members have extensive experience addressing these issues and can provide insight into how counterfeit e-commerce operates.

## CONCLUSION

For the foregoing reasons, Strategic Alliance For Fair Ecommerce respectfully requests leave to file the *amicus curiae* brief in support of Appellee.

Respectfully submitted,

**STRATEGIC ALLIANCE FOR FAIR ECOMMERCE, NFP**

By: /s/ Christopher Carmichael
    *Counsel for Amicus Curiae*

Christopher W. Carmichael
**HENDERSON PARKS, LLC**
90 Canal Street, Fourth Floor
Boston, MA 02114
Tel: (617) 936-0795
ccarmichael@henderson-parks.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **October 21, 2025**, an electronic copy of the foregoing **Motion for Leave to file Brief as Amicus Curiae** was filed Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


By: /s/ Christopher Carmichael